RECEIVED

DEC 1 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KENNETH BURNS | CIVIL ACTION NO. 05-509 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF BASTROP, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the City of Bastrop's motion for summary judgment [Doc. No. 10] and motion to dismiss [Doc. No. 12] are GRANTED. Plaintiff Kenneth Burns' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 13 day of December 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE